| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Briskman, Arthur B. | 2. Court or Organization US Bankruptcy Court | 3. Date of Report 05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination    Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐  Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

400 W Washington Street
Suite 5100
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Florida A & M College of Law - Teaching | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Putnam Investment Mutual Fund - (IRA) | A | Dividend | J | T | | | | | |
| 2. First Eagle Global Fund Class A - Mutual Fund - (IRA) | A | Dividend | K | T | | | | | |
| 3. MFS Growth Fund Class A Mutual Fund - (IRA) | A | Dividend | J | T | | | | | |
| 4. Davis NY Venture - Mutual - (IRA) | A | Dividend | J | T | | | | | |
| 5. Transamerica - IDEX JCC Balanced Class A Mutual - (IRA) | A | Dividend | J | T | | | | | |
| 6. Hendon LP Limited Partnership - Scranton, PA | G | Rent | P1 | U | | | | | |
| 7. Western Assets - Money Market | A | Interest | J | T | | | | | |
| 8. Transamerica - INDEX Asset Allocation Mutual - (IRA) | A | Interest | | | Sold | 11/25/14 | K | E | |
| 9. Jennison Natural Resources FD CL C (Mutual) - (IRA) | A | Dividend | K | T | | | | | |
| 10. Jennison 20/20 Focus Fund CL A (Mut) - (IRA) | A | Dividend | J | T | | | | | |
| 11. Powershares Exchange - (Mutual) | A | Dividend | J | T | | | | | |
| 12. Transamerica Short Term - (Bond) (Mutual) | A | Int./Div. | J | T | | | | | |
| 13. Pimco Multi Asset - (IRA) (Mutual) | A | Dividend | J | T | | | | | |
| 14. Unit Clay, Zacks Income (Unit Trust) - (IRA) | A | Interest | J | T | | | | | |
| 15. NJ EDA Pension (Mun Bond) - (IRA) | A | Interest | J | T | | | | | |
| 16. Trans American Short Term (Bond) - (IRA) | A | Interest | | | Sold | 08/20/14 | J | A | |
| 17. AAM Navil Dial Income Trust - (Bond) - (IRA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Annaly Capital - (Bond) | A | Interest | K | T | | | | | |
| 19. Apache Corp - (Stock) | A | Interest | K | T | | | | | |
| 20. Stifel Senior Note - (Bond) | B | Interest | | | Sold | 10/02/14 | J | A | |
| 21. PA Turnpike - (Muni Bond) | A | Interest | K | T | | | | | |
| 22. Alexandria REIT - (IRA) | B | Interest | | | Sold | 06/26/14 | J | A | |
| 23. Enterprise Partners - (Stock) - (IRA) | A | Interest | K | T | | | | | |
| 24. 5th Street Finance Senior Note - (IRA) | B | Interest | K | T | | | | | |
| 25. Summit Properties - (Bond) - (IRA) | B | Interest | K | T | | | | | |
| 26. Triangle Corp Senior Note - (Bond) - (IRA) | B | Interest | K | T | | | | | |
| 27. Urstadt Properties - (Bond) - (IRA) | B | Interest | J | T | | | | | |
| 28. Community Health (Bond) - (IRA) | A | Interest | | | Sold | 06/16/14 | J | A | |
| 29. US Steel - (Bond) - (IRA) | A | Interest | J | T | | | | | |
| 30. AAM Nav Dial Bond Portfolio - (IRA) | A | Interest | K | T | | | | | |
| 31. AAM Nav Dial Bond Portfolio - (IRA) | B | Interest | K | T | | | | | |
| 32. 1st Trust MLP Portfolio - (Mutual) - (IRA) | B | Dividend | K | T | | | | | |
| 33. 1st Trust Capital Strength - (Mutual) - (IRA) | C | Dividend | K | T | | | | | |
| 34. Hercules Tech Senior Note - (IRA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. KCAP Senior Note - (IRA) | A | Interest | J | T | | | | | |
| 36. AAM Nav Dial Bond Portfolio - (IRA) | A | Interest | K | T | | | | | |
| 37. AAM Steelpath MLP Portfolio - (Stock) - (IRA) | D | Interest | K | T | | | | | |
| 38. 1st Trust MLP Portfolio - (Stock) - (IRA) | A | Interest | K | T | | | | | |
| 39. PNC - (Checking) | A | Interest | K | T | | | | | |
| 40. Marlin Midstrem - (Stock) (IRA) | A | Dividend | J | T | | | | | |
| 41. Whitehorse - (Bond) (IRA) | A | Interest | J | T | | | | | |
| 42. AAM Senior Income (Bond) - (IRA) | B | Interest | | | Sold | 12/23/14 | J | B | |
| 43. Marlin Midstream - (Stock) (IRA) | A | Dividend | K | T | | | | | |
| 44. Nustar Logistics - (Bond) (IRA) | B | Interest | | | Sold | 10/30/14 | K | A | |
| 45. Pennant Park - (Mutual) - (IRA) | A | Interest | J | T | | | | | |
| 46. Chesapeake Energy - (Bond) | A | Interest | J | T | | | | | |
| 47. Cushing MLP - (Mutual) | B | Dividend | K | T | | | | | |
| 48. Pennant Park - (Mutual) | A | Dividend | J | T | | | | | |
| 49. Colbalt Energy - (Bond) | A | Interest | | | Sold | 12/03/14 | J | A | |
| 50. Exelon (Bonds) (IRA) | A | Interest | K | T | Buy | 06/16/14 | K | | |
| 51. AAM Business Dev (Trust)(IRA) | A | Dividend | K | T | Buy | 12/23/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  PetroQuest Energy (Unit Trust) | B | Dividend | L | T | | | | | |
| 53. | | | | | Buy | 01/23/14 | J | | |
| 54. | | | | | Buy | 04/16/14 | K | | |
| 55. | | | | | Buy | 05/15/14 | K | | |
| 56. | | | | | Buy | 06/03/14 | J | | |
| 57. | | | | | Sold | 12/31/14 | K | A | |
| 58.  Star Bulk Carriers (Bond) | B | Dividend | J | T | Buy | 10/31/14 | J | | |
| 59.  Goodrich Pete (Bonds)(IRA) | B | Interest | J | T | Buy | 11/25/14 | J | | |
| 60.  Dominion Resources (Bond)(IRA) | C | Interest | K | T | Buy | 06/26/14 | K | | |
| 61. | | | | | Buy | 11/25/14 | K | | |
| 62.  Smart Trust Morningstar (Trust)(IRA) | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 63.  Tysou Food (Bond)(IRA) | A | Interest | K | T | Buy | 07/31/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Item #67 First Trust Corp. was entered in error in the 2014 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Briskman, Arthur B. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur B. Briskman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544